FILED
CLERK, U.S. DISTRICT COURT

APR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08-890-M |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| Atonio Escobar Vega ) | (18 U.S.C. § 3142(i)) |
| Defendant. ) | |

I.

A.  ( ) On motion of the Government involving an alleged

   1. ( )  crime of violence;

   2. ( )  offense with maximum sentence of life imprisonment or death;

   3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( )  felony - defendant convicted of two or more prior offenses described above.

B.  On motion (X) (by the Government)/ ( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

1          2. ( ) serious risk defendant will

2             a. ( ) obstruct or attempt to obstruct justice;

3             b. ( ) threaten, injure, or intimidate a prospective

4                witness or juror or attempt to do so.

5                     II.

6  The Court finds no condition or combination of conditions will

7  reasonable assure:

8      A.     (X) appearance of defendant as required; and/or

9      B.     ( ) safety of any person or the community;

10                    III.

11 The Court has considered:

12     A.     (X) the nature and circumstances of the offense;

13     B.     (X) the weight of evidence against the defendant;

14     C.     (X) the history and characteristics of the defendant;

15     D.     (X) the nature and seriousness of the danger to any

16           person or to the community.

17                    IV.

18 The Court concludes:

19     A.     ( ) Defendant poses a risk to the safety of other persons

20           or the community because: _____

21 _____

22 _____

23 _____

24 _____

25 _____

26 _____

27 ///

28 ///

B. (X) History and characteristics indicate a serious risk that defendant will flee because: Allegations, ties to another country, prior deportations, facing deportation

C. ( ) A serious risk exists that defendant will:
1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 4/11/08

*Patrick J. Walsh*
U.S. MAGISTRATE JUDGE / DISTRICT JUDGE